UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONDA SHANKS, | Case No.: 3:21-CV-13463-ZNQ-RLS |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| ENABLE, INC., JOHN EIRDOSH AND JOHN DOES 1 through 10, and ABC CORPORATIONS 1 through 10, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the Plaintiff and the Defendants that the above-captioned action, inclusive of all claims asserted therein, is dismissed in its entirety with prejudice, with each party to bear its own costs and attorney's fees.

Dated: April 26, 2024

| | |
|---|---|
| **REPPERT KELLY & VYTELL, LLC** <br> Attorneys for Plaintiff Ronda Shanks | **FREEMAN MATHIS & GARY, LLP** <br> Attorneys for Defendants Enable, Inc. and John Eirdosh |
| By: *s/ Christopher P. Kelly* <br> Christopher P. Kelly, Esq. | By: *s/ John D. Shea* <br> John D. Shea, Esq. |

So Ordered this 2nd day of May, 20 24

Hon. Zahid N. Quraishi
United States District Judge